IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| PENN-AMERICA INSURANCE COMPANY, as subrogee of CSC REALTY, LLC, <br><br> Plaintiff, <br><br> v <br><br> HERITAGE FIRE PROTECTION, INC., <br><br> Defendant. | Case No. 3:18-cv-00488 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, **PENN-AMERICA INSURANCE COMPANY, as subrogee of CSC REALTY, LLC**, and Defendant, **HERITAGE FIRE PROTECTION, INC.**, by and through their undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal With Prejudice as to all claims in this action.

It is further stipulated and agreed that each party shall bear its own attorneys' fees and costs.

Dated this 1st day of August, 2018.

SHAFFER & SHAFFER PLLC

By: /s/ Benjamin M. Mishoe
   Benjamin M. Mishoe (WV Bar #10278)
   2116 Kanawha Blvd. East
   Charleston, WV 35311
   Telephone:  304-362-7088
   bmishoe@shafferlaw.net

 COZEN O'CONNOR

By: /s/ Jeremy L. Jones, *Pro Hac Vice*
   Jeremy L. Jones, *Pro Hac Vice*
   301 S. College Street, Suite 2100
   Charlotte, NC 28202
   Telephone:  (704) 348-3410
   JLJones@cozen.com

*Attorneys for Plaintiff*

STEPTOE & JOHNSON, PLLC

By: /s/ Eric J. Hulett
   Eric J. Hulett (WV Bar #6332)
   1250 Edwin Miller Blvd., Suite 300
   Martinsburg, WV 25404
   Telephone:  (304) 262-3519
   Eric.hulett@steptoe-johnson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August, 2018, a copy of the foregoing *Stipulation of Dismissal With Prejudice* was filed with the Court using the ECF system and notification will be sent to the following:

Eric J. Hulett
Steptoe & Johnson, PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
Telephone:  (304) 262-3519
Eric.hulett@steptoe-johnson.com

/s/ Jeremy L. Jones_____
Jeremy L. Jones, *Pro Hac Vice*